AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JOSEPH T. PETERS,<br>*Plaintiff*<br>v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>*Defendant* | Civil Action No. 3:18-CV-1559<br>(Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: JUDGMENT be and is hereby ENTERED in favor of defendant ANDREW M. SAUL, Commissioner of Social Security ("the Commissioner"), and against plaintiff JOSEPH T. PETERS, as follows: The Commissioner's decision denying Peters' application for disability insurance benefits and supplemental security income is AFFIRMED, in accordance with the court's order (Doc.15), dated June 24, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Jun 24, 2019

*CLERK OF COURT* PETER WELSH, Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*